SO ORDERED.

DONE and SIGNED July 14, 2023.



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| IN RE: AUDREY COLEMAN WARREN<br>Debtor | CASE NO. 22-31242 |
| FIRST TOWER LOAN, LLC<br>d/b/a TOWER LOAN OF RUSTON<br>Plaintiff | CHAPTER 7 |
| | ADVERSARY PROCEEDING<br>NO: 23-3001 |
| vs. | |
| AUDREY COLEMAN WARREN<br>Defendant | |

**CONSENT JUDGMENT**

The above-captioned parties, having expressed their desire to resolve the Adversary Proceeding and Complaint to Determine Dischargeability filed by FIRST TOWER LOAN, LLC d/b/a TOWER LOAN OF RUSTON ("Creditor"), and all parties evidencing their agreement to this Consent Judgment by their signatures below:

**IT IS HEREBY ORDERED** that an executory judgment is entered in favor of Creditor and against ROBERT LEE ADAMS in the amount of $4,000.00 payable at a rate of 0% per annum from the date of execution of this order, until paid in full. This amount is hereby determined to be non-dischargeable pursuant to 11 U.S.C. § 523.

**IT IS FURTHER ORDERED** that AUDREY COLEMAN WARREN shall repay the balance owed in this judgment in consecutive monthly installments in the amount of **$100 each month**, with the first installment being due **August 1, 2023**, and each additional payment being due on the same day of each consecutive month until this judgment is paid in full. Payments shall be made in person or by mail to the following address:

> Tower Loan Ruston
> 110 S Trenton St.
> Ruston, LA 71270

**IT IS FURTHER ORDERED** that execution of the judgment shall be stayed pending the payment of the judgment as specified above, but that should Defendant fail to make any payment within 30 days of the due date, then and in that event, Plaintiff shall be entitled to execute on this judgment, including any terms of the original note and security agreement, without notice to Defendants or their counsel.

**IT IS FURTHER ORDERED** that any check received by Plaintiff under the terms of this judgment which is returned for non-sufficient funds shall not be considered a payment and will not preclude Defendants from being considered in default of this Order;

**IT IS FURTHER ORDERED** that this consent order constitutes the entire resolution of the above-referenced adversarial proceeding and that any remaining issues, claims, cross-claims, or causes of action not specifically addressed herein are deemed withdrawn.

###

Agreed as to form and content:

| | |
|---|---|
| ROGERS, CARTER & PAYNE, LLC<br>4415 Thornhill Avenue<br>Shreveport, Louisiana 71106<br>(318) 861-1111 | SAM O. HENRY, IV<br>THE LAW OFFICE OF SAM HENRY IV<br>502 TRENTON STREET<br>WEST MONROE, LA 71291 |
| /s/ Kevin J. Payne<br>By:_____<br>KEVIN J. PAYNE          LBA #28717<br>ATTORNEY FOR PLAINTIFF | /s/Sam O. Henry, IV<br>By:_____<br>SAM O. HENRY, IV          LBA #19620<br>ATTORNEY FOR<br>DEFENDANT/DEBTOR |